**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
JAMES H. BRADY,                                              :
                                                             :
                            Plaintiff,                       :                19-CV-10622 (PAE) (OTW)
                                                             :
            -against-                                        :                **ORDER**
                                                             :
MARK S. FRIEDLANDER, ESQ., et al.,                           :
                                                             :
                            Defendants.                      :
                                                             :
                                                             :
-------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's request for "permission to take a class to file electronically using E.C.F." to expedite filings. (ECF 28). As an initial matter, court permission is not required to enroll in ECF training. Instructions on enrollment can be found at https://nysd.uscourts.gov/programs/ecf-training. This is separate from filing a motion for permission for electronic case filing. Additionally, if Plaintiff wishes to receive filings electronically, rather than through regular mail, Plaintiff may request to do so, following the instructions at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

        The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

        **SO ORDERED.**

                                    *s/ Ona T. Wang*
Dated: December 23, 2019                      **Ona T. Wang**
      New York, New York             United States Magistrate Judge