UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES H. BRADY,

                        Plaintiff,

          -v-

MARK S. FRIEDLANDER, ESQ., *et al.*,

                        Defendants.

19 Civ. 10622 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received a motion from plaintiff James H. Brady seeking reconsideration of its September 8, 2020 amended decision.  *See* Dkts. 73, 76.  Defendants shall file their responses, if any, to Brady's motion by **Wednesday, September 30, 2020.**  Absent further order, the motion will be considered fully submitted as of that date.

       The Clerk of Court is directed to mail a copy of this order to Brady.

       SO ORDERED.

                                             *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: September 23, 2020
       New York, New York